# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHAKIRIS LAGEORGE RAMSEY,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:11CV56-2-V

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 25, 2011, Order.

Signed: April 25, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court